UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

AMILCAR RAMOS #12b2390

       plaintiff

V.

CARL LUNDIN, MCCARTHY GIBSON

       defendants.

NOTICE OF MOTION FOR
LEAVE TO AMEND COMPLAINT

09_CV_0453

---

    Please take notice that upon the attached December 15, 2014 supporting affirmation and all proceeding heretofore had herein, Amilcar Ramos (plaintiff) will this United States District court, Western District of new york, 304 U.S. Courthouse, 68 court st. Buffalo, New York, on the court to set date and time to be heard for motion granting plaintiff permission to amend Complaint under Fed.R.Civ Rules 15(a),(c)(3), and 20. And for such other and further the court deems just or appropiate.

Dated: December 15, 2014
       Wyoming, New York

                          RESPECTFULLY SUBMITTED,

                          Amilcar Ramos #12b2390
                          Attica correctional Facility
                          639 Exchange street
                          Attica, New York 14011

CC. UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF NEW YORK
    U.S. COURTHOUSE
    68 COURT STREET
    BUFFALO, NEW YORK 14202


    David lee, #4798278
    A.C.C
    65 NIAGARA SQUARE
    1104 CITY HALL
    BUFFALO, NEW YORK 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

AMILCAR RAMOS   #12B2390

        plaintiff,

V.

CARL LUNDIN, MCCARTHY GIPSON,

        Defendants,

SUPPORTING AFFIRMATION
FOR NOTICE OF MOTION FOR
LEAVE TO AMEND COMPLAINT

09-CV-0453 (JJM)

---

    AMILCAR RAMOS (plaintiff) declare under 28 U.S.C. 1746 perjury penalties that:

1. This affirmation is in support of plaintiff motion requesting leave to amend complaint under Fed.R.Civ.P Rules (a), (c) (3), and 20 specifically, plaintiff respectully request leave to: add as defendants, Frank J Clark, District Attorney, and amy J. Goldstein, Assistance D.A. whom was employ with the Erie county D.A. office at the time of their malicious prosecution inflicted upon the plaintiff AMILCAR RAMOS, as amend with the original pleadings thereof.

                            FACTS

2. Plaintiff resided at 340 Rhode st, Buffalo New York August 30, 2007.

3. At approximately 9:05 pm, plaintiff was a passenger in a grey Mecury Lesable (Vehicle) in route to Helene Arroyo residence located at 10 Hertal st, Buffalo, New York. Ms Arroyo is plaintiffs mother.

4. Approximately 9:30 pm, while Vehicle was transitioning from Bush st onto Grote st, defendant Carl Lundin and John Doe Buffalo City Police Officers approached with guns drawn. without

3

no justifiable cause, nor any provocation. The defendant Lundin maliciously discharged his weapon cauaing one bullet to enter Vehicle s back passenger window, striking the plaintiff Ramos in left side shoulder area. The inflicted bullet cause the plaintiff serious injuries of a gun shot bullet wound to his left shoulder causing extreme unbearable pain. The Defendant Lundins bullet is presently lodged within plaintiffs back chest cavity area. the defendant Lundin maliciously use of exeessive deadly force is in violation of plaintiff Eighth and fourteenth amendment constitutional rights U.S.C.A. const. amend-8,14,

5. The Buffalo Police Department officers later arrested plaintiff on false charges 1 within sisters Hospital following admissions.

6. The trump up false arrest charges were orchestrated by the police officertry to cover up the unjustify, unlawful police shooting. The defendant Lundin, was employed by Buffalo City Police Department, acting under color of law.
See Complaint pp. 5-6

7. At no time during above described events was plaintiff armed with any weapon, nor any threat to the safety of himself or others. He had not committed any criminal offense.

8. The Buffalo Police Department Officers had no warrant nor any probable cause for arresting plaintiff nor any legal cause or excuse to seize the person of plaintiffs liberty. the D.A. Clark, and A.D.A. Goldstein, had no fundamental justification for the malicious prosecution of the false criminal charges, proceeding and trial proceeding thereof.

$$4

8. Plaintiff commenced this action via 42 U.S.C. 1983 WDNY Complaint form (Revised 03#06) dated April 2, 2009? subsequently filed May 12, 2009, under case number 09_CV_00453 (JJM) plaintiff completed WDNY Complaint form without legal knowledge or assistance. and still lack legal knowledge and assistance.

9. Defendants will not be prejudiced following complaints amendment.

10. Plaintiff will be effectively precluded from litigating this case in any meaningful sense without amending the Complaint.

11. No previous application for the relief requested herein has been made.

WHEREFORE, plaintiff respectfully requests an order permitting leave to amend the complaint to reflect the false arresting officers and the D.A. Clark and Goldstein the John doe defendants, complaints pleading to comply with Fed.R.Civ.P Rule 8 and 9 (as summarized above) and for such other and further relief court deems just or appropriate.

Dated: December 15, 2014
    Wyoming, New York

Respectfully submitted.

AMILCAR RAMOS 12B2390
Attica Correctional Facility
639 Exchange street
Attica, New York 14011

UNITED STATES DISTRICT COURT
WESTERN DISTICRT OF NEW YORK

---

AMILCAR RAMOS !@B2390

        plaintiff

V.

CARL LUNDIN, MCCARTHY GIBSON

        defendants,

PROOF OF SERVICE

09_CV_0453 (JJM)

---

    AMILCAR RAMOS (plaintiff) declare under 28 U.S.C. 1746 perjury penalties that:

    1. On below witnesses endorsement date petitioner served annexed motion for Leave to amend Complaint:

    UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF NEW YORK
    U.S. COURTHOSE COURT CLERK
    68 COURT STREET
    BUFFALO, NEW YORK 14202

    Daivd LEE, #4798278
    A.C.C
    1104 CITY HALL
    BUFFALO, NEW YORK 14202

    2. True and correct copies of above motion were placed inside properly addresses, postage paid and sealed envelopess, then deposited within mailbox located at New York State Department of corrections and Community Supervision, Attica Correctional Facility, 639 Exchange street, Attica, New York to be served upon above parties via Frist Class Mail.

Dated: December 15, 2014

                          respectfully submitted

                          Amilcar Ramos 12B2390
                          Attica corr Fac

                          639 exchange